DAVID L. BISHOP, Bar No. 219584
2155 Cecilia Way
Marysville, CA 95901
Telephone: (530) 923-7030
davidbishopesq@gmail.com

Attorney for Plaintiff,
Michael Patrick Alexander

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL PATRICK ALEXANDER

Plaintiff,

v.

YUBA CITY, its agents, servants and/or employees; NICOLAS MORAWCZNSKI, JASON PARKER, COUNTY OF SUTTER; Does 1-50 inclusive,

Defendants.

Case No. 2:17-CV-01622-WBS-CKD

**AFFIDAVIT OF DAVID L. BISHOP IN SUPPORT OF RESPONSE TO DEFENDANTS YUBA CITY AND NICOLAS MORAWCZNSKI'S MOTION TO SET ASIDE DEFAULTS**

DATE: **October 16, 2017**
TIME: **1:30 p.m.**
JUDGE; **William B. Shubb**
COURTROOM: **5**

**Complaint Filed 8/4/2017**

I, David L. Bishop, declare under penalty of perjury, depose and say:

1. I am an attorney duly licensed to practice law before all courts in the State of California, and the Federal Court in the Eastern District of California.

2. I am the attorney of record representing Plaintiff, Michael Alexander.

3. I make this affidavit in support of Plaintiff's Response to Defendants Yuba City and Nicolas Morawcznski' Motion to Set Aside Defaults.

4. I make this affidavit on the basis of personal knowledge, and if called upon as a witness, I will provide competent testimony.

///

1

AFFIDAVIT OF DAVID L. BISHOP IN SUPPORT OF RESPONSE TO MOTION TO SET ASIDE DEFAULTS

5. Attached as Exhibit A is a true and correct certified copy of the Sutter County District Attorney's Request for Dismissal and Order of the criminal case, People of the State of California v. Michael Patrick Alexander, Case No. CRF-13-0269. On August 28, 2017, I obtained this certified copy of the People's Request for Dismissal and Order dated August 19, 2016, from the Sutter Court Clerk located at 1175 Civic Center Boulevard, Yuba City, CA 95993.

6. ALEXANDER contacted me regarding his case on May 27, 2017, and we entered into a contract on May 28, 2017.

7. I endeavored to bring the civil case into State Court and submitted a request for extension of time and a claim request to YUBA CITY in accordance with California Government Code section 900 et seq. Attached as Exhibit B is a true and correct copy of the request for time extension and claim that I submitted to the YUBA CITY Clerk located at 1201 Civic Center Boulevard on May 28, 2017. Attached as Exhibit B is my letter requesting an extension of time and my letter providing claim information for MICHAEL ALEXANDER that I hand delivered to the YUBA CITY Clerk.

8. Attached as Exhibit C is a true and correct copy of the letter YUBA CITY sent me in response to my request for a time extension. YUBA CITY refused my request for an extension of time to file a claim on MICHAEL ALEXANDER's behalf. I could not see how YUBA CITY was prejudiced by extending the claim filing period by a few months.

9. Because YUBA CITY refused my request to extend the time for filing a claim, I was forced to file MICHAEL ALEXANDER's case in Federal Court to keep from overrunning the statute of limitations.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this affidavit was executed at Marysville, California, on September 5, 2017.

By _____
DAVID L. BISHOP, ESQ.
Attorney for Plaintiff,
Michael Alexander

2

AFFIDAVIT OF DAVID L. BISHOP IN SUPPORT OF RESPONSE TO MOTION TO SET ASIDE DEFAULTS