**EXHIBIT A**

```
 1  AMANDA L. HOPPER
    Sutter County District Attorney                    FILED
 2  463 Second Street
    Yuba City, CA  95991                             AUG 1 9 2016
 3  Telephone: (530) 822-7330
                                                SUPERIOR COURT OF CALIFORNIA
 4                                                   COUNTY OF SUTTER
    Attorney for Plaintiff                         CLERK OF THE COURT
 5                                               By_____ Deputy
 6
 7
 8          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER
 9
10  PEOPLE OF THE STATE OF CALIFORNIA,)    NO:  CRF-13-0269
                                      )
11                  Plaintiff,        )
                                      )    REQUEST FOR DISMISSAL
12  - vs -                            )    AND ORDER
                                      )
13  MICHAEL PATRICK ALEXANDER,        )
                                      )
14                  Defendant.        )
                                      )
15
16
17       The People move to dismiss this action in the furtherance
18  of justice as sufficient evidence does not exist such that a
19  jury will find beyond a reasonable doubt that Michael Patrick
20  Alexander murdered Leola Shreves on or about January 18, 2013.
21       On the morning of January 23, 2013, Leola Shreves was found
22  murdered in her Yuba City home.  In the days that followed,
23  detectives from the Yuba City Police Department and criminalists
24  from the California Department of Justice examined the crime
25  scene and collected blood, hair, shoe impressions and other
26  physical evidence.
27
28
                                    1                    EXHIBIT A1
```

Michael Patrick Alexander, who lived next door to Mrs. Shreves, was identified early in the investigation as a possible suspect. On the evening of January 25, 2013, Alexander voluntarily accompanied detectives to the Yuba City Police Department, where he eventually told the investigators that he had killed Mrs. Shreves.

Samples of the blood and physical evidence collected from the murder scene were analyzed in 2013 and Alexander was excluded by DNA analysis as the source.

The Sutter County District Attorney's Office, Yuba City Police Department and Bureau of Forensic Services for the California Department of Justice have conducted a significant follow-up investigation over the last three years to solve the mysteries presented by the contradictions between the physical evidence and Alexander's admissions.. The investigation explored the possibility of an accomplice and the possibility of a false confession. The investigation included interviews with Alexander's acquaintances, family and cell mates, monitoring of Alexander's communications, a wire-tap, further testing of the physical evidence in forensic labs in Sacramento, Chico, Redding and Richmond, expert blood spatter analysis, and dozens and dozens of hours consulting with DNA experts and reviewing Alexander's video-taped admissions.

Through that investigation, Alexander has been excluded as the source of every bit of DNA or other physical evidence

EXHIBIT A 2

collected from the crime scene.  The evidence is insufficient for a jury to find beyond a reasonable doubt that Alexander is guilty of murdering Leola Shreves.

Therefore, the People move the Court to dismiss the charges against MICHAEL PATRICK ALEXANDER in the above entitled case. This dismissal is without prejudice as the Sutter County District Attorney and allied agencies will continue to investigate this murder until the perpetrator or perpetrators have been brought to justice.

Dated:  August 19, 2016.

_____
AMANDA L. HOPPER
Sutter County District Attorney

ORDER

For the reasons herein above stated, and in the interest of justice, the within action is dismissed and warrant ordered recalled.

Dated: August 19, 2016.

_____
JUDGE OF THE SUPERIOR COURT

The foregoing instrument is a correct copy of the original on file in this office
ATTEST: STEPHANIE M. HANSEL

AUG 2 8 2017

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By_____ Deputy

3

EXHIBIT A3

**EXHIBIT B**

# David L. Bishop
## Attorney at law
2155 Cecilia Way
Marysville, Ca 95901
(530) 923-7030

May 28, 2017

City Clerk of Yuba City
Attn.: Terrel Locke
1201 Civic Center Boulevard
Yuba City, CA 95993

Re:  Time Extension Application Claim Brought by Michael Alexander

Dear Mr. Terrel Locke:

Mr. Alexander submits this letter to apply for an extension in the filing of his claim against Yuba City. This application for a six-month time extension is made pursuant to Government Code section 911.4 et sec.

Mr. Michael Alexander is filing a claim for damages against Yuba City in excess of $25,000 for false imprisonment, malicious prosecution, denial of due process, intentional infliction of emotional distress, unreasonable seizure of his person, and failure to provide reasonable medical care while being held in the Sutter County jail causing permanent facial disfigurement.

Mr. Alexander was arrested for the murder of Leola Shreves at 10:00 p.m. on January 26, 2012. No physical evidence linked Mr. Alexander to the murder of Ms. Shreves. Mr. Alexander was interrogated between the hours of 10:00 p.m. and 4:00 a.m. Police detectives Nicholas (Nick) Morawcznski and Jason Parker coerced a false confession out of Mr. Alexander based on deceit, the fatigue of Mr. Alexander, and the detective's threats against members of Mr. Alexander's family. The detectives threatened to jail Mr. Alexander's mother and sister for the murder if Mr. Alexander did not confess. Based on that threat against his family, Mr. Alexander confessed even though he was innocent of the crime.

There was a foot print at the murder scene that was too small to be Mr. Alexander's. Even though there was a strong piece of exonerating evidence showing that Mr. Alexander did not commit the murder and there was no evidence linking him to the murder, Yuba City and Sutter County pursued charges against him that could never be proven. Mr. Alexander was eventually released on August 19, 2016. He spent almost 4 years in near solitary confinement for a crime he obviously did not commit.

While Mr. Alexander was being held in the Sutter County jail, he was attacked and his jaw was fractured. He did not begin to receive treatment for his fractured jaw for at least

EXHIBIT B-1

15 hours after his injury. Mr. Alexander received two plates in jaw which subsequently became infected because of his delayed treatment and the horrifically unsanitary conditions in the jail. Sutter County subsequently refused to treat the infection in a timely manner. Sutter County's failure to reasonable provide Mr. Alexander medical care resulted in permanent facial disfigurement.

Mr. Alexander had been threatened with capital punishment and a life sentence and was held in horrific conditions while he was detained in the Sutter County jail. When the case against Mr. Alexander was dismissed on August 19, 2016, veiled threats of a subsequent arrest and prosecution were made against him even though it was obvious he was not involved in the murder for which he was held. Mr. Alexander was so emotionally and physically damaged and fearful of continued malicious prosecution that he did not file his claim for damages within six-months of his release. He now requests that his claim be heard by Yuba City based on an extension of time pursuant to Government Code section 911.4 et seq. Yuba City will not be prejudiced by this extension of time.

Mr. Alexander has retained the legal services of Attorney David L. Bishop, to pursue this claim for damages.

If you have any questions, please call me on me at (530) 923-7030 or email me at davidbishopesq@gmail.com.

Very truly yours,

David L. Bishop, Esq.
Attorney for Mr. Michael Alexander

EXHIBIT B 2

# David L. Bishop
## Attorney at law
2155 Cecilia Way
Marysville, Ca 95901
(530) 923-7030

May 28, 2017

City Clerk of Yuba City
Attn.: Terrel Locke
1201 Civic Center Boulevard
Yuba City, CA 95993

Re:   Claim for Damages Inflicted Upon Michael Alexander by Yuba City

Dear Mr. Terrel Locke:

This letter is sent to you pursuant to Government Code section 945 et sec. Mr. Michael Alexander is filing a claim for damages against Yuba City in excess of $25,000 for false imprisonment, malicious prosecution, denial of due process, intentional infliction of emotional distress, unreasonable seizure of his person.

Mr. Alexander was arrested for the murder of Leola Shreves at 10:00 p.m. on January 26, 2012. No physical evidence linked Mr. Alexander to the murder of Ms. Shreves. Mr. Alexander was interrogated between the hours of 10:00 p.m. and 4:00 a.m. Police detectives Nicholas (Nick) Morawcznski and Jason Parker coerced a false confession out of Mr. Alexander based on deceit, the fatigue of Mr. Alexander, and the detective's threats against members of Mr. Alexander's family. The detectives threatened to jail Mr. Alexander's mother and sister for the murder if Mr. Alexander did not confess. Based on that threat against his family, Mr. Alexander confessed even though he was innocent of the crime.

There was a foot print at the murder scene that was too small to be Mr. Alexander's. Even though there was a strong piece of exonerating evidence showing that Mr. Alexander did not commit the murder and there was no evidence linking him to the murder, Yuba City and Sutter County pursued charges against him that could never be proven. Mr. Alexander was eventually released on August 19, 2016. He spent almost 4 years in near solitary confinement for a crime he obviously did not commit.

Mr. Alexander has retained the legal services of Attorney David L. Bishop, to pursue this claim for damages. An application for a six-month extension pursuant to Government Code section 911.4 is included with this demand letter.

If you have any questions, please call me on me at (530) 923-7030 or email me at davidbishopesq@gmail.com.

EXHIBIT B 3

Very truly yours,

*S*

David L. Bishop, Esq.
Attorney for Mr. Michael Alexander

EXHIBIT B4

**EXHIBIT C**



FINANCE DEPARTMENT

July 3, 2017

David Bishop, Esq.
2155 Cecilia Way
Marysville, CA 95901

RE: Our Claim Number: 17-16   Re: Michael Alexander

### REJECTION OF CLAIM

Notice is hereby given that the claim you presented to the City of Yuba City on, May 30, 2017, was rejected by operation of law on July 3, 2017.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code §945.6.

This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Tort Claims Act, Government Code sections 900 et. seq. Other causes of actions, including those arising under federal law, may have different time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this letter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Robin Bertagna
Finance Director

1201 Civic Center Boulevard . Yuba City, CA 95993 . yubacity.net
530-822-4645 fax 530-822-4694