**EXHIBIT A**

```
AMANDA L. HOPPER
Sutter County District Attorney
463 Second Street
Yuba City, CA  95991
Telephone: (530) 822-7330

Attorney for Plaintiff
```

FILED

AUG 1 9 2016



SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUTTER

| PEOPLE OF THE STATE OF CALIFORNIA, | NO: CRF-13-0269 |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL AND ORDER |
| - vs - | |
| **MICHAEL PATRICK ALEXANDER,** | |
| Defendant. | |

The People move to dismiss this action in the furtherance of justice as sufficient evidence does not exist such that a jury will find beyond a reasonable doubt that Michael Patrick Alexander murdered Leola Shreves on or about January 18, 2013.

On the morning of January 23, 2013, Leola Shreves was found murdered in her Yuba City home. In the days that followed, detectives from the Yuba City Police Department and criminalists from the California Department of Justice examined the crime scene and collected blood, hair, shoe impressions and other physical evidence.

1

EXHIBIT A1

Michael Patrick Alexander, who lived next door to Mrs. Shreves, was identified early in the investigation as a possible suspect. On the evening of January 25, 2013, Alexander voluntarily accompanied detectives to the Yuba City Police Department, where he eventually told the investigators that he had killed Mrs. Shreves.

Samples of the blood and physical evidence collected from the murder scene were analyzed in 2013 and Alexander was excluded by DNA analysis as the source.

The Sutter County District Attorney's Office, Yuba City Police Department and Bureau of Forensic Services for the California Department of Justice have conducted a significant follow-up investigation over the last three years to solve the mysteries presented by the contradictions between the physical evidence and Alexander's admissions. The investigation explored the possibility of an accomplice and the possibility of a false confession. The investigation included interviews with Alexander's acquaintances, family and cell mates, monitoring of Alexander's communications, a wire-tap, further testing of the physical evidence in forensic labs in Sacramento, Chico, Redding and Richmond, expert blood spatter analysis, and dozens and dozens of hours consulting with DNA experts and reviewing Alexander's video-taped admissions.

Through that investigation, Alexander has been excluded as the source of every bit of DNA or other physical evidence

EXHIBIT A2

collected from the crime scene. The evidence is insufficient for a jury to find beyond a reasonable doubt that Alexander is guilty of murdering Leola Shreves.

Therefore, the People move the Court to dismiss the charges against MICHAEL PATRICK ALEXANDER in the above entitled case. This dismissal is without prejudice as the Sutter County District Attorney and allied agencies will continue to investigate this murder until the perpetrator or perpetrators have been brought to justice.

Dated: August 19, 2016.

_____
AMANDA L. HOPPER
Sutter County District Attorney

## ORDER

For the reasons herein above stated, and in the interest of justice, the within action is dismissed and warrant ordered recalled.

Dated: August 19, 2016.

_____
JUDGE OF THE SUPERIOR COURT

The foregoing instrument is a correct copy of the original on file in this office
ATTEST: STEPHANIE M. HANSEL

AUG 28 2017

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
By _____ Deputy

3

EXHIBIT A3