BRUCE A. KILDAY, ESQ. (S.B. 66415)
    Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ. (S.B. 286902)
    Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants YUBA CITY, NICOLAS MORAWCZNSKI and JASON PARKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATRICK ALEXANDER, | Case No.: 2:17-cv-01622-WBS-CKD |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS YUBA CITY, NICOLAS MORAWCZNSKI AND JASON PARKER [FRCP 41(a)(1)(A)(ii)]; ORDER OF DISMISSAL** |
| vs. | |
| YUBA CITY, its agents, servants and/or employees; NICOLAS MORAWCZNSKI, JASON PARKER, COUNTY OF SUTTER; Does 1 – 50, inclusive, | **JUDGE:** William B. Shubb |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff MICHAEL PATRICK ALEXANDER and Defendants YUBA CITY, NICOLAS MORAWCZNSKI, and JASON PARKER (the Parties), by and through their counsel of record, that all of Plaintiff's claims against Defendants YUBA CITY, NICOLAS MORAWCZNSKI, and JASON PARKER are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear their own attorneys' fees and costs.

///

///

///

Dated: January 26, 2018

ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Derick E. Konz*
BRUCE A. KILDAY
DERICK E. KONZ
Attorneys for Defendants
YUBA CITY, NICOLAS MORAWCZNSKI, and JASON PARKER

Dated: January 26, 2018

DAVID BISHOP, ESQ.

By: */s/ David L. Bishop*
*(as authorized on 1.25.2018)*
DAVID L. BISHOP
Attorney for Plaintiff
MICHAEL PATRICK ALEXANDER

## ORDER OF DISMISSAL

Pursuant to the foregoing stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that all of Plaintiff MICHAEL PATRICK ALEXANDER's claims against Defendants YUBA CITY, NICOLAS MORAWCZNSKI, and JASON PARKER in the above-entitled action are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: January 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE