DAVID L. BISHOP, Bar No. 219584
2155 Cecilia Way
Marysville, CA 95901
Telephone: (530) 923-7030
davidbishopesq@gmail.com

Attorney for Plaintiff,
Michael Patrick Alexander

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATRICK ALEXANDER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YUBA CITY, its agents, servants and/or ) <br> employees; NICOLAS MORAWCZNSKI, ) <br> JASON PARKER, COUNTY OF SUTTER; ) <br> Does 1-50 inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 2:17-CV-01622-WBS-CKD <br><br> **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **DATE:** April 27, 2018 <br> **JUDGE;** William B. Shubb <br> **COURTROOM: 5** <br><br> **Complaint Filed 8/4/2017** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff MICHEAL ALEXANDER ("Plaintiff") and the last remaining Defendant in this case, COUNTY OF SUTTER ("Defendant") hereby stipulate as follows:

WHEREAS, on August 8, 2017, Plaintiff filed his Complaint in the instant action naming the COUNTY OF SUTTER as a defendant;

WHEREAS, on August 25, 2017, Defendant filed its Answer to the Complaint;

WHEREAS, on January 26, 2017, the Complaints against all other codefendants were dismissed with prejudice by stipulation;

WHEREAS, on April 4, 2018, the Plaintiff agreed to release all claims in this Action for consideration;

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree as follows:

1. This Court should dismiss the above-captioned Action in its entirety against Defendant with prejudice.

2. All upcoming hearing and deadlines are hereby vacated and the Action is hereby terminated.

DATED: April 27, 2018

/S/ David Bishop, signed April 27, 2018
DAVID L. BISHOP
Attorney for Plaintiff, Michael Alexander

PORTER SCOTT
A PROFESSIONAL CORPORATION

/S/ DANIEL BARDZELL
(As authorized on April 27, 2018)
DANIEL J. BARDZELL
Attorneys for Defendant County of Sutter

**[PROPOSED] ORDER**

     Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.  The Clerk is directed to close this case.


DATED:

                                                                                       _____
                                                                                        WILLIAM B. SHUBB, JUDGE
                                                                                        UNITED STATES DISTRICT COURT

*ALEXANDER v. YUBA CITY*
*U.S. DIST. COURT EASTERN DIST. OF CALIFORNIA CASE NO.* 2:17-cv-01622-WBS-CKD

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Yuba County; I am over the age of eighteen (18) years and not a party to the within action; my business address is 2155 Cecilia Way, Marysville, CA 95901.

I served the following document(s):

By delivery through the United States Postal Service by placing the following documents in an envelope with the proper postage paid and depositing them with the United States Post Office. The Document served is Notice of Settlement and Stipulation of Dismissal with Prejudice.

Served by mail on Date: April 27, 2018

Porter Scott
Attn.: Daniel J. Bardzell, Esq.
350 University Avenue, Suite 200
Sacramento, CA 95825

Attorney for County of Sutter

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Marysville, California, on April 27, 2018.

_____
David L. Bishop
Declarant