DAVID L. BISHOP, Bar No. 219584
2155 Cecilia Way
Marysville, CA 95901
Telephone: (530) 923-7030
davidbishopesq@gmail.com

Attorney for Plaintiff,
Michael Patrick Alexander

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATRICK ALEXANDER<br><br>Plaintiff,<br><br>v.<br><br>YUBA CITY, its agents, servants and/or employees; NICOLAS MORAWCZNSKI, JASON PARKER, COUNTY OF SUTTER; Does 1-50 inclusive,<br><br>Defendants. | Case No. 2:17-CV-01622-WBS-CKD<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**DATE:** April 27, 2018<br>**JUDGE;** William B. Shubb<br>**COURTROOM: 5**<br><br>**Complaint Filed 8/4/2017** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff MICHEAL ALEXANDER ("Plaintiff") and the last remaining Defendant in this case, COUNTY OF SUTTER ("Defendant") hereby stipulate as follows:

WHEREAS, on August 8, 2017, Plaintiff filed his Complaint in the instant action naming the COUNTY OF SUTTER as a defendant;

WHEREAS, on August 25, 2017, Defendant filed its Answer to the Complaint;

WHEREAS, on January 26, 2017, the Complaints against all other codefendants were dismissed with prejudice by stipulation;

1

WHEREAS, on April 4, 2018, the Plaintiff agreed to release all claims in this Action for consideration;

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree as follows:

1. This Court should dismiss the above-captioned Action in its entirety against Defendant with prejudice.

2. All upcoming hearing and deadlines are hereby vacated and the Action is hereby terminated.

DATED: April 27, 2018

/S/ David Bishop, signed April 27, 2018
DAVID L. BISHOP
Attorney for Plaintiff, Michael Alexander


PORTER SCOTT
A PROFESSIONAL CORPORATION

/S/ DANIEL BARDZELL
(As authorized on April 27, 2018)
DANIEL J. BARDZELL
Attorneys for Defendant County of Sutter

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

Dated: April 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE